**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KENNETH DAVIDSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON, | **Case No.: 2:20-cv-07310-AB (PDx)** |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| ANTRANIX G. KASSABIAN, AS TRUSTEE OF THE KASSABIAN FAMILY TRUST; and DOES 1 to 10, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that KENNETH DAVIDSON

("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby

voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil

Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

      (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66

          and any applicable federal statute, the plaintiff may dismiss an action

          without a court order by filing:

1

1    (i)    A notice of dismissal before the opposing party serves either an

2    answer or a motion for summary judgment.

3  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

4  summary judgment.  Accordingly, this matter may be dismissed without an Order of the

5  Court.

6

7  DATED:  October 15, 2020    SO. CAL. EQUAL ACCESS GROUP

8

9    By:    */s/   Jason J. Kim*

10    Jason J. Kim, Esq.
    Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**